**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Criminal Case No. 99-cr-00422-LTB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.     ADAM G. MORALES,

    Defendant.

---

**ORDER**

---

This matter is before the Defendant's pro se Motion for Reconsideration (Doc 25 - filed April 6, 2011). Upon input from the United States's Probation Officer and review of the file, it is

ORDERED that Defendant's Motion is DENIED.

BY THE COURT:

    s/Lewis T. Babcock
    LEWIS T. BABCOCK, Judge

Dated: May 5, 2011